"GREETINGS"

MON-FEB.13.2017, 3:54 PM

UNITED STATES DISTRICT COURT
FILED
FEB 17 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

PAGE 1/2

RESPECTED INCHARGE RESPONSIBLE DEDICATED, AUTHORITY/POSITION/PRESENCE, OF THE JUDGE ON THE CASE OF → NO: 16M-5084 (16M-5084) AT THE U.S. COURT, WESTERN DISTRICT OF NEW YORK LOCATION → #2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202

I ALI MOSHIR, OF/FOR/TO, THE ABOVE MENTIONED CASE NO: 16M-5084 AM RESPECTFULLY CORRESPONDING HEREIN TO BE APRAISING, SHARING, DISCLOSING, UPDATING, BRINGING TO THE ATTENTION AS PER AT LEAST OF THE SUBSEQUENT;

#(1) → SINCE/BEGINING/HENCE, JULY.18.2017, I TRIED TO AND/OR KEPT BRINGING MY MEDICAL CONDITION OF HAVING BEEN DIAGNOZED WITH MASS ON MY LEFT KIDNEY TO THE ATTENTION OF → NORTH EAST OHIO CORRECTIONAL CENTER, 2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505 (NEOCC)

#(2) → FINALLY I WAS TAKEN AND VISITED BY MEDICAL FACILITY FOLLOWED BY CLEVELAND UNIVERSITY HOSPITAL!

#(3) → THE SPECIALIST/DR. AT THE CLEVELAND UNIVERSITY HOSPITAL HAS NOT BEEN/WAS NOT, INCLINED WITH ANY OF THE MEDICAL PROCEDURES OF → (I) BONE SCAN (II) BIOPSY (III) RADIATION — OR/AND (IV) CHEMOTHERAPY (V) LAZER GUIDED ELIMINATION of the mas TOWARDS THE REMOVAL OF THE MASS!!!

#(4) BUT FROM THE BEGINING, JUST WANTING TO AND EMPHASIZING ON SURGORY AND REMOVAL OF THE KIDNEY WHICH WORKS PERFECTLY JUST TO BE ABLE TO GET THE MASS ON IT OUT!

#(5) → MY/THE TREATMENT WAS REFERRED TO/INITIATED AT, THE ROCHESTER UNIVERSITY HOSPITAL OF NEW YORK, WHICH IS BY THE WAY MY HOME STATE! WHERE ALL THE MENTIONED PROCEDURES OF THE MEDICAL WERE GOING TO BE PERFORMED PROPERLY AS THE STEPS AND ACCORDINGLY THROUGH AND/OR UNDER THE SUPERVISION OF THE UROLOGIST (DR. MESSING)! AND MY/THE LEFT KIDNEY WOULD STAY IN PLACE AS ESPECIALLY AN ORGAN THAT WORKS PERFECTLY FLAWLESS BASED ON ALL DIFFERENT OCCASIONS BLOOD TESTS! BUT ONLY THE MASS ON THE KIDNEY WOULD BE FINALLY ELIMINATED!!!

#(6) → NOW, DOES/WOULD, THAT MAKE SENSE AFTER ALL IN THIS AGE OF TECHNOLOGY, TO HAVE AN/THE ORGAN (LEFT KIDNEY) REMOVED ALONG WITH THE MASS ON IT (JUST TO GET RID OF MASS)? OR, ONE, WOULD/SHOULD, COMMIT TO/BE BETTER OF WITH THE OPTION, WHICH/THAT, LEAVES THE PERFECTLY FINE ORGAN IN PLACE AND REMOVE JUST THE MASS THAT IS ON IT???

#(7) → I HAVE BEEN COMMUNICATING THIS MATTER OF CONCERN, FACT, COMMON SENSE, RIGHT, APPROPRIATE, AS SUCH AND ETC, WITH THE USMS [UNITED STATES MARSHAL SERVICE(S)], AS RECENT AS JANUARY.13.2017 THROUGH A REFUSAL TO ACCEPT MEDICAL-TREATMENT FORM, ON WHICH I HAVE STATED THAT I AM NOT REFUSING MEDICAL TREATMENT TOTALLY BUT I AM REFUSING MEDICAL TREATMENT AT THE CLEVELAND UNIVERSITY HOSPITAL FOR SUCH AND SUCH REASONS! (PLEASE, ATTACHED/ENCLOSED, FIND THE COPY OF THE SAID REFUSAL FORM)

#(8) → ALTHOUGH THE USMS, HAS REFUSED TO HAVE MY TREATMENT REFERRED TO THE ROCHESTER UNIVERSITY HOSPITAL! AT LEAST SO FAR!  #(9) → WHAT DO I HAVE TO DO TO HAVE THE USMS CONDUCT WITH CARE, RESPONSIBILITY, AS SUCH AND ETC, AND TO GET IT?   RESPECTS, REGARDS in BESTS.   MON-FEB.13.2017  MOSHIR, A.

13-49B

*(handwritten at top:)* THIS IS A REFUSAL OF THE TREATMENT AT CLEVELAND UNIVERSITY HOSPITAL, NOT A REFUSAL OF THE TREATMENT TOTALLY. REQUESTING TO BE TRANSFERRED FOR TREATMENT TO THE ROCHESTER UNIVERSITY HOSPITAL.

# REFUSAL TO ACCEPT MEDICAL TREATMENT

I, (Name) **Mashir, Ali** (Number) **26897055**, at (Facility) **NEOCC**,

refuse to accept Dental/ Psychiatric/ Medical/ and/or Surgical services and/ or treatment recommended by this Facility's Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist. The QHCP has satisfactorily explained the refused medication(s), test(s), treatment(s), operation(s) or procedure(s) to me, the risks and benefits of the recommendation, the alternatives to this recommendation and the probable consequences of not receiving the recommended medication(s), test(s), treatment(s), operation(s) or procedure(s). In addition, they have given me the opportunity to ask questions about the proposed recommendation and have had these answered to my satisfaction.

*(handwritten:)* AT ROCHESTER UNIVERSITY HOSPITAL, MY LEFT KIDNEY WOULD BE SAVED, BUT ONLY THE MASS WOULD BE REMOVED.

\* I understand that refusal of recommended medical or psychiatric care may cause undue harm to myself and may be considered a self-inflicted injury.

*(handwritten:)* RADIATION, CHEMOTHERAPY, LAZOR GUIDED PROCEDURES ARE/WERE OPTIONS AT ROCHESTER UNIVERSITY HOSPITAL.

Notwithstanding the recommendation of the Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist. With the knowledge I have regarding this recommendation, I have decided NOT to accept/permit the medication(s), test(s), treatment(s), operation(s) or procedure(s) listed below.

*(handwritten:)* THE LEFT KIDNEY IS FUNCTIONING PERFECTLY FINE AS LAB-WORKS HAVE BEEN DONE REPEATEDLY. IT DOESN'T HAVE TO COME OUT DUE TO THE MASS.

\* I understand that my failure to follow this advice may seriously affect my health or the health of the person under my guardianship.

I hereby release the Dental/ Psychiatric/ Medical staff and/or a referred secondary care specialist associated with this correctional facility, Corrections Corporation of America, any contract managed care company, and their employees and agents of all responsibility regarding this matter, and I am making this decision of my own free will.

Reason for refusal **Pt is wishing to undergo further consultation & workup/treatment at a facility in his home state of NY. Pt had his care initiated in Rochest, NY. He wants to complete his treatment there & not in Cleveland, OH.**

Service that the patient inmate/resident is refusing: **(L) radical nephrectomy for (L) renal mass at UH in Cleveland, Ohio. He states in NY, there is a better chance that his kidney can be saved.**

_____ **26897055** **9-19-72**
Inmate/Resident Signature    Inmate/Resident #    DOB

*(This section to be completed by a staff member)*

**Jason R_____ DO** **1/13/17 1205**
Qualified Health Care Professional Signature    Date/Time
(Note: For CDCR inmates, must be an RN or higher credentialed QHCP)

_____ **M. Moderati LPN** **1-13-17 1205**
Witness Signature    Date/Time

10/6/09

Proprietary Information – Not For Distribution – Copyrighted    Property of Corrections Corporation of America

