"GREETINGS"
SUN-FEB.26.2017
2:15 PM

MAR 1 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

PAGE 1/1

DEAR RESPECTED ANY AND ALL INCHARGE AUTHORITY(s), POSITION(s) AS RELATED, INVOLVED, CONCERNED, RELATING, INVOLVING, CONCERNING DIRECTLY, AND/OR, INDIRECTLY WHILE THIS CORRESPONDENCE HAS BEEN ADDRESSED TO THE CLERK'S/COURT CLERK'S ATTENTION, AT THE "NEW YORK WESTERN DISTRICT U.S. COURT" "#2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202"

!

HERE IN REGARDING THE MATTER OF THE EXTRADITION OF ALI MOSHIR

(ALI MOSHIR MISC. NO. 16MJ5084)

MISC NO.
16MJ5084

I, ALI MOSHIR, AM RESPECTFULLY REQUESTING THE COPY(S) OF ANY AND ALL DOCUMENT(S), THAT/WHICH, MAKE THE UNITED STATES INITIAL COMPLAINT FILED ON JUNE.29.2016 WITH/TO/AT, THE ABOVE MENTIONED NEW YORK WESTERN DISTRICT U.S. COURT!

AND/OR/AS WELL AS, WITH/TO/AT, ANY OTHER SOURCE, ENTITY, COURT, AS SUCH AND ETC, ON JUNE.29.2016 BESIDES, WITH/TO/AT, — THE STATED "NEW YORK WESTERN DISTRICT U.S. COURT" "#2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202"

→ PLEASE → TAKE NOTICE → THAT THE COURT OF THE MENTIONED IS, REQUESTED/BEING REQUESTED TO MAIL ONE SET OF COPY(S) TO:
ALI MOSHIR, ID #26897055, NEOCC, 2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505

AND A SECOND SUCH SAID CONCERNING SET OF COPY(S) TO:
ALI MOSHIR, 123-12 JAMAICA AVENUE, SUITE #1070
RICHMOND HILL, NEW YORK, 11418

RESPECTS,
REGARDS,
BESTS.

SUN-FEB.26.2017
MOSHIR, ALI

