✦ RESPECTFULLY ✦

DEAR RESPECTED AUTHORITY/POSITION OF THE JUDGE'S HONOR FOR/ON MY/THE CASE NUMBER OF 16MJ5084 (ALI MOSHIR'S)!

TODAY HAS BEEN 15 MONTHS COMPLETED THAT I HAVE BEEN AT NEOCC AND OHIO! BUT STILL I DON'T KNOW WHETHER THE MASS ON MY LEFT KIDNEY IS CANCER OR NOT!!!???

STILL I DON'T KNOW WHETHER ANY CANCER HAS SPREAD TO ANY PART OF MY BODY OR NOT!!!???

BECAUSE EVEN WHEN I WAS FINALLY SENT TO THE HOSPITAL! THE DOCTOR DID NOT AND DOES NOT WANT TO DO BONE SCAN (TO FIND OUT IF ANY CANCER HAS SPREAD TO ANY PART OF MY BODY!?) AND THE DOCTOR DID NOT AND DOES NOT WANT TO DO BIOPSY (TO FIND OUT IF THE MASS IS CANCER)

WHILE THESE ARE WHAT THE ROCHESTER UNIVERSITY HOSPITAL IN NEW YORK STATE WAS STARTING WITH! AND WERE ADVISED PROPER PROCEDURES BY DIFFERENT DOCTORS IN NEW YORK CITY

I HAVE BEEN IN SUCH A GREAT GRAVE RISK! MINUTE AFTER MINUTE FOR 15 MONTHS!

✡ ✡ PLEASE
✡ ✡

ALLOW ME AND/OR HELP ME TO BE TRANSFERRED TO NEW YORK! WHERE MY MEDICAL CONDITIONS WILL BE TAKEN SERIOUS! AND DEALT WITH RESPONSIBLY!

AND SO WILL A RANGE OF OTHER ISSUES!

AS I HAVE ONLY BEEN UNDER MENTAL TORTURE AND EMOTIONAL TORTURE AND SPIRITUAL TORTURE EVER SINCE MY ARRIVAL INTO NEOCC! THAT HAS BEEN ON/AS OF → JULY.06.2016!

I DON'T KNOW IN WHAT OTHER LANGUAGE(s) I SHOULD COMMUNICATE AND SHARE THE CONDITIONS/CIRCUMSTANCES AND BE PUTTING MY MESSAGES ACROSS!?
AS THIS → IS NOT MY FIRST, SECOND OR EVEN THE THIRD (3RD) TIME!!!

BUT I'VE BEEN MAKING AWARE AND ADDRESSING REPEATEDLY.

=RESPECTS,=
REGARDS...
BESTS.

THU-OCT.05.2017
MOSHIR. A̶R̶

