GREETING!
FRI-SEP-29-2017
6:05 PM

OCT 10 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

PAGE 1 OF 3

☆ RESPECTFULLY ☆

DEAR CHARLES SALINA! AND THE JUDGE ON MY CASE! AS I HAVE BEEN PATIENTLY AND IMPATIENTLY ANTICIPATING MY RELEASE AND/OR TRANSFER TO NEW YORK! IN FOLLOW UP(S) WITH MY LAST CORRESPONDENCE IN SUCH REGARDS! AS OUT OF THE NORTHEAST OHIO CORRECTIONAL CENTER! WHILE I, GOT OFF/HAVE BEEN OFF, THE HUNGER STRIKE AS TO BE AND AS TO HAVE BEEN WORKING WITH THE NEOCC AND ANY & ALL OTHER PARTY(S)! RESPONDING TO CONCERNS, ETC OF THE ASSOCIATE AT NEOCC AND NURSE GOMEZ! AND AS ALSO I REQUESTED DIFFERENT NEOCC ASSOCIATES INCLUDING NURSE GOMEZ HERSELF TO BE SURE THAT— MR. CHARLES SALINA OF THE UNITED STATES— MARSHAL SERVICES! AND THE JUDGE ON MY CASE! BOTH AT #2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202

[ALSO INCLUDING MR. YEMMA (CHIEF OF SECURITY, AS (ASSIGNED TO!)]

ARE ADVISED THAT I AM GETTING AND/OR HAVE GOT OFF THE HUNGER STRIKE WHILE WAITING MY RELEASE AND/OR TRANSFER OUT OF NEOCC TO NEW YORK! AS FOR THE UPDATES OF MR. CHARLES SALINA! AS WELL AS THE HONOR OF THE JUDGE'S ON MY EXTRADITION CASE! BOTH AT #2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202 SPECIALLY AND ESPECIALLY SINCE I HAD ADVISED THAT I WOULD BE OR HAVE BEEN AS OF MON-SEP-18-2017 ON HUNGER STRIKE UNTIL RELEASED AND/OR TRANSFERRED TO MY STATE OF NEW YORK! AND I WAS ASSURED THAT IT WILL TAKE PLACE AS TO THE UPDATES THAT I AM OFF THE HUNGER STRIKE! AND EXPECTING AND WAITING AND ANTICIPATING MY MOVE OF THE SAID OUT OF NEOCC!

ALSO # FOLLOW UP(S) AND RESPONSE(S) ONTO THE LAST PETITION FILED BY ATTORNEY JAY OVSIOVITCH OF NYWD PUBLIC DEFENDER'S OFFICE! FOR EVER.

(PAGE) 2 OF 2

ALTHOUGH I AM STILL HERE AND AT THE NEOCC! WHILE THE MONTH OF SEPTEMBER FINISHED! AND I HAVE BEEN AND AM ONGOINGLY EXPERIENCING MY ABUSES OF DIFFERENT RIGHTS ON DAILY BASIS LITERALLY!!! INCLUDING MY MEDICAL TREATMENTS! INCLUDING MY WEEKLY SHABBAT RELIGIOUS RIGHTS! AND EVEN MY PHONE CONTACTS WITH OUTSIDE BEGINNING THIS MORNING! MY DIETARY RIGHTS OF BEING A VEGAN KOSHER! NEOCC HAVING IN WRITING DUE TO MY MEDICAL CONDITIONS ACCEPTED TO OPEN MY CELL AND LET ME GET MYSELF TO SHOWER ON THE WHEELCHAIR AS I HAVE BEEN ON, AT 4:30AM EVERY MORNING, BUT I HAVE ONLY BEEN DENIED EXCEPT JUST AND JUST FOUR (4) TIMES TO TAKE SHOWER SINCE SEP.06, 2017 (THAT WOULD BE IN 25 AM IN THE HANDS OF THESE UNEDUCATED, INEXPERIENCED, RIGHTS DENYING, UNTRAINED, IRRESPONSIBLE, UNPROFESSIONAL, THIRD CLASS, MORON, FRAUDSTER, CROOK, BOOK COOKERS, SCAM ARTISTS, LAW UNCONSCIOUS, AND LAW IGNORANT PEOPLE! AND HICKS! AND INDIVIDUALS!

→ WHEN ARE YOU FINALLY GOING TO RELEASE AND/OR TRANSFER ME TO NEW YORK ??? ??? ???
SINCE YOU ARE THE INCHARGE ONES (JUDGE + CHARLES SAINA OF/FOR USMS)

RESPECTS, REGARDS!!! EFESIS.

FRI- SEP. 29, 2017
MOSHIR. M

[Margin notes:]
- THE PEOPLE WHO CAN NOT GET AWAY WITH WHAT THEY ARE DISHONEST, AND INHUMANE, UNFAIR, IN NATURE!!!
- NEITHER THEY CARE ABOUT RIGHT OR WRONG.
- WHAT KIND OF MORALITY AND CONSCIOUS IS THIS?
- ONLY FALSE PROMISES TO HAVE THE RABBI OVER.
- A RABBI IN 5½ MONTHS!
- ALTHOUGH I FIXED A LOT OF IT MYSELF! THROUGH DIFFERENT MEANS.
- MALFUNCTIONINGS AND MALPRACTICES AT THIS PLACE!

