GREETINGS
(SHABBAT) SAT — OCT. 07, 2017
12:30 PM

PAGE 1 OF 2

✡ RESPECTFULLY ✡

DEAR RESPECTED JUDGE FOR THE CASE NUMBER:—
16MJ5084
OF ALI MOSHIR, AT THE NEW YORK WESTERN DISTRICT
(NYWD) U.S. COURT, #2 NIAGARA SQUARE, BUFFALO,—
NEW YORK, 14202

!

#① → EVER SINCE 2016 !!! THROUGH MY/THE NYWD FEDERAL
PUBLIC DEFENDER OFFICE(S)' ATTORNEY(S) !
ALSO THROUGH THE NYWD U.S. COURT CLERK OFFICE
OF #2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202
!
AS WELL AS THROUGH
THE NYWD U.S. ATTORNEY
OFFICE OF JAMES KENNEDY OF 138 DELAWARE AVENUE,
BUFFALO, NEW YORK
!
I HAVE BEEN ADVISING,
REQUESTING, ETC
FOR THE COMPLAINTS AND/OR CHARGES OF DECEPTION, FALSE—
PRETENCE, EMBEZZLEMENT, ETC TO BE (ON MY BEHALF) FILED
AGAINST A/THE CANADIAN CITIZEN OF: JOY WALKER !!!
AND/OR FOR THE NECESSARY FORM(S), ETC TO BE
MAILED TO ME FOR FILLING(S), SIGNATURE(S), ETC OF ANY !
YET → THEY HAVE NEVER BEEN ATTENDED TO !!!
WHY ???

[STAMP: UNITED STATES DISTRICT COURT FILED OCT 16 2017 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY]

AGAIN

IN/EVER SINCE 2016 !!!

#(2) → I HAVE REQUESTED, SEEKED, ETC
FOR ANY AND ALL DOCUMENTS
FILED ON → THE AND THIS → DATE OF:

JUNE.29.2016

BY ANY AND ALL
ENTITY(S) AT AND WITH
THE NYWD U.S.COURT, #2 NIAGARA SQUARE, BUFFALO,
NEW YORK, 14202

ACCORDING/DUE TO/BASED ON
WHICH THIS/THE CASE #: 16MJ5084 HAS BEEN
GENERATED AND ISSUED, AT AND OUT OF THE
NYWD U.S.COURT, 2 NIAGARA SQUARE, BUFFALO,
NEW YORK, 14202

ALSO, YET! HAS NOT/HAVE NOT, BEEN

ATTENDED TO !!!    #(4) → RESPECTS, REGARDS, BESTS.

WHY ???    #(5) → (SHABBAT) SAT-OCT.07.2017
MOSHIR, A.R.

#(3) → A PETITION FILED WITH THE ABOVE STATED NYWD-
U.S.COURT BY THE ATTORNEY JAY OVSIOVITCH
OF NYWD FEDERAL PUBLIC DEFENDER OFFICE
HAS BEEN SITTING AND WAITING IN FRONT
THE COURT FOR MONTHS! STILL/YET-
NOT ATTENDED TO! WHILE I/ALI.MOSHIR/ONE
HAVE/HAS, BEEN LANGUISHING IN JAIL, AND/OR
IN THE JAIL ATMOSPHERE/ENVIRONMENT/ETC! AND ON TOP, THAT
OF THE UNORGANIZED, UNDISCIPLINED, IRRISPONSIBLE, UNRULY OF THE
NEOCC!!! ASSOCIATE'S ONLY CARE ABOUT THEIR RIGHTS NOT THE
OTHER('S)/INMATE('S)!!! NOTHING IS TRUE!! SERIOUS!!!

✡ RESPECTFULLY ✡

ALMOST ALL OF NEOCC ASSOCIATES DO NOT! + DO NOT KNOW HOW TO! + DO NOT HAVE THE PROPER GUIDE LINES TO!:

DO THINGS: THE RIGHT WAY!!! THE WAY SUPPOSED TO BE DONE!!! AND/OR DO NOT CARE, BECAUSE IT COULD BE GOTTEN AWAY WITH!!! WHEN SOMETHING IS NOT DONE THE RIGHT WAY, IT IS NOT ANY LESS THAN AND/OR MUCH LESS THAN NOT BEING/HAVING BEEN DONE! AS IT, IS/WOULD BE, DEFEAT OF/DEFEATING, THE PURPOSE! AND/OR NOT MUCH DIFFERENT FROM JUST THAT! THEY ARE NOT FAIR!!! BUT BIAS!!! SPECIALLY THE ONES HOLDING ANY POSITIONS AND STATURES WHICH AND WHERE THEY ACTUALLY DO NOT EVEN AT ALL BELONG TO!!! IT'S A SHAME! THEY ARE ONLY CONCERNED ABOUT SAFE GUARDING AND PROTECTING THEIR POSITIONS AND THE COMPANY OF THEIR ASSOCIATIONS/EMPLOYMENT AS THEIR MAJOR FOCUSES!!! REGARDLESS OF RIGHT OR WRONG!!! (MORALLY, PROFESSIONALLY, ETHICALLY, INDUSTRIALLY). AND THEY ARE NOT RELIABLE, TRUST WORTHY AND AS SUCH FOR, THESE/THE/ANY, ORGANIZED, REPUTED, ETC OR NOT AGENCIES TRUSTING THE HUMANBEINGS (INMATES) WITH NEOCC!!! IN THE NAME OF POLICY, RULING, ETC THEY ARE AND HAVE BEEN ABUSING THE HUMAN RIGHTS AND — PRISONER RIGHTS!!! MAJORITY/ALMOST ALL, OF THESE INMATES DON'T EVEN KNOW WHAT IS BEING DONE AND/OR HAVE BEEN DONE TO THEM!!! AND/OR DO NOT KNOW HOW TO DEAL WITH IT!!! I HAVE CONSTANTLY BEEN ADDRESSING THAT →

THE PRACTICES IN HERE (NEOCC) HAVE TO BE ACCORDING TO AND BY THE STATE + FEDERAL LAWS !!! THAT ALSO FOR A FACILITY REPRESENTING THE FEDERAL SYSTEM !!! ???
IT'S NOT ONLY ABOUT NOT PHYSICALLY ABUSING THE INMATE(S) !!!

THERE IS AN ENORMOUS AMOUNT OF ADMINISTRATIVE-FRAUDS AND DISCIPLINARY FRAUDS TAKING PLACE IN HERE ON DAILY BASES AND BASIS !!! (AGAINST THE INMATES AND THEIR RIGHTS.)

→ ALTHOUGH I MYSELF CAUSED THESE RECORD KEEPINGS AND PAPER TRAILS AND THE SUCH IMPORTANCES OF THE PRACTICES AT NEOCC! WHILE I AS, IT WAS ONLY A ZOO! WHEN I GOT HERE ON JULY-06-2016! AND I WORKED AROUND THE CLOCK ALMOST AND NON STOP! FOR 14 MONTHS !!! OR SO !!! AS I HAD BEEN CLAIMING THAT I AM THE WARDEN! (DUE TO THE INEFFECTIV-NES OF WARDEN LA ROSE.

MY SUGGESTIONS, INPUTS, CONCERNS, POLICIES, AWAKENINGS, ETC TIMES, TALENTS, ENERGIES, KEPT GETTING → ALL OF → IGNORED, OBJECTED, ABUSED, STOLEN ALL THE WAY UNTIL → SEP-06-2017 THAT I WAS AT THE MEDICAL UNIT! AS I WAS PUT INTO MENTAL, EMOTIONAL, SPIRITUAL ABUSE AND TORTURE WITHIN THE MEDICAL UNIT! AS I WAS NOT LET OUT THE CELL FOR EVEN SHOWER AND EVERY THING WAS BLOCKED AND CLOSED ON ME EXCEPT FOOD AND RECEIVING MY LEGAL MAILS! → AND MY VOICES WERE BEING RECORDED AROUND THE CLOCK! BETWEEN AT LEAST AUG-23-2017 AND SEP-06-2017! AND MY PERSONAL PROPERTIES ALONG WITH MY PRAYER BOOK TAKEN AWAY FROM ME AS OF AUG-22-2017 EVENING AND YET... WITH ALL WITH THE HELP OF SOME ONE WITH THE NAME OF → WILSON! T... AND ALL OTHER ENTITIES! BECAUSE ... WARDEN AND I HAD

I WAS WITHIN THE MEDICAL UNIT MADE TO BELIEVE THAT I AM THE WARDEN! AND AS I WAS MADE ALSO TO BELIEVE THAT SOME INDIVIDUALS THAT WERE THERE AT, IN AND OUT OF THE MEDICAL UNIT, WAS/- WERE MY LEGAL REPRESENTATIVE(S) AVAILABLE ON MY BEHALF OUT OF THE COURT(S)!!! I ALTHOUGH AND EVEN WON BEING THE WARDEN!!!, I WAS GIVEN WRONG MEDICATIONS IN THE NAME OF PERCOCETE PAIN MEDICATIONS FOR A LONG TIME !!! UNTIL I BROUGHT IT UP ON SUN-AUG.27.2017! AND I CLAIMED RIGHTS TO THE ENTIRE NEOCC! AND THE PROPERTIES, PREMISES, OPERATIONS OF !!! ETC AND ALL OF,

I HAVE BEEN TOLD THAT I WILL NOT BE RETURNED MY PERSONAL PROPERT. THAT INCLUDE MY PRAYER BOOK AND THEY WILL STAY WHERE THEY ARE !!! (WHY???) {JUST RECENTLY WITHIN A CORRESPONDENCE DATED SEP.13.2017 (3 WEEKS AGO) CASE MANAGER JONES ADVISED ME THAT SHE WILL ENQUIRE ABOUT MY PRAYER BOOK OUT OF MY PERSONAL PROPERTIES, BUT STILL I HAVE NOT RECEIVED THE PRAYER BOOK.

{THEY WERE NOT SUPPOSED TO BE TAKEN AWAY FROM ME AND OFF MY SIGHT (WHICH ARE ALL LEGAL DOCUMENTS, INCLUDING THE COPIES OF MY CORRESPONDENCES WITH THE NEOCC THAT WERE MADE INTO FILE FOR COURT COMPLAINTS TO BE FILED AND AS SUCH, TO BEGIN WITH!}

I NEED AND AS AM REQUESTING FOR AT LEAST THE MATTERS OF TRANSPIRED OF THE HEREIN THIS CORRESPONDENCE REFERRED TO OF MY STAY WITHIN THE MEDICAL UNIT, UNTIL SEP.06.2017 WHICH CONCERNING STATED TRANSPIRATIONS HAVE TAKEN PLACE AT LEAST BETWEEN AUG.22.2017 AND SEP.06.2017 TO BE [INVESTIGATED] !!!


= RESPECTS, REGARDS... BESTS;


(SHABBAT) SAT-OCT(OCT).07.2017
MOSHE, M.

(PAGE) 4 OF 4

THE ^NEOCC DETENTION HEARING ^SUPPOSINGLY OFFICER (THAKE)

AND

THE INCIDENT REPORT PREPARING CAPTAIN, ETC OFFICERS

AND

THE DISCIPLINARY REPORT PREPARING/PROVIDING, OFFICERS

ARE FRAUDSTERS !!!

THE GRIEVANCE, CAPTAINS, WARDEN(S) OFFICES AND POSITIONS AND OTHER/DIFFERENT, OFFICES AND POSITIONS WITHIN/INSIDE, THE NEOCC, FRAUDULENTLY, (AS IT IS AND HAS BEEN ONLY) WORK IN EACH OTHER(S, FAVOR(S) AND ON EACH OTHER(S)' BEHALF AND PROTECTION(S), AS SUCH AND ETC !!! NOT ON BEHALF OF JUSTICE

AND DOING THE RIGHT, ETHICAL, PROFESSIONAL, ETC THING !!! !!! !!!

NO ONE → KNOWS WHAT'S & WHAT'S BEEN GOING ON! OR DOESN'T/DON'T CARE! OR DOESN'T/DON'T TALK! OR IS THERE TO STOP THEM!

INMATES NEED TO BE EDUCATED OF! AND THE IMPORTANCE OF! THEIR RIGHTS AND THEIR RESPONSIBILITIES! NOT ABUSED IN SOME WAY, FORM AND FASHION.

RESPECTS,
REGARDS...
BESTS..

(SHABBAT) → SAT - OCT - 07 - 2017
MOSHE, N.

