

"GREETINGS"
TUE. OCT. 17.2017
2:55 PM

PAGE 1 OF 2

UNITED STATES DISTRICT COURT
FILED
NOV 6 - 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

✡ RESPECTFULLY ✡

DEAR RESPECTED UNITED STATES MARSHAL SERVICE (USMS)
AND/OR
MR. CHARLES SALINA OF/TO THE USMS AT;
#2 NIAGARA SQUARE, BUFFALO, NEW YORK, 142
AS WELL AS
THE
⌐ HONOR OF THE JUDGE FOR/ON
THE CASE NUMBER: 16 MJ 5084
OF ALI MOSHIR AT THE NEW YORK
WESTERN DISTRICT U.S. COURT OF
#2 NIAGARA SQUARE, BUFFALO, NEW YORK
1420:

!

HEREIN BE ADVISED, NOTICED, ACKNOWLEDGED, UPDATED, ETC
ON THE SUBSEQUENCE:
I (ALI MOSHIR), FROM THE, ADDRESS/MAILING
ADDRESS,
OF → NEOCC, 2240 HUBBARD ROAD
YOUNGSTOWN, OHIO, 5540A

ON/AS OF (AS PER NEOCC) MAILED DATE/MAILING DATE, OF → 04/19/2017
(APR. 19. 2017)

HAVE MAILED/DID MAIL, A CORRESPONDENCE
TO → THE SUFFOLK COUNTY DISTRICT ATTORNEY OFFICE
AND AS TO THE ATTENTIONS OF THE SUPERVISOR
FOR THE SUFFOLK COUNTY DISTRICT ATTORNEY OFFICE
AT THE ADDRESS OF → 32 JACKSON AVENUE, HAMPTON BAYS, NEW YORK
11946

REGARDING A/THE MATTER OF MY SIGNATURE HAVING BEEN
NOTARIZED WITHOUT MY KNOWLEDGE AND IN MY ABSENCE, WITHIN
THE YEAR 2004 BY/THROUGH MY EX-WIFE ALONG WITH HER MOTHER
(PRITAM KAUR) AND OTHER ACOMPLICES INCLUDING AN ATTORNEY

!

PAGE 2 OF 2

IN TRANSFERRIN AND/AS HAVING TRANSFERRED
A REAL ESTATE PROPERTY FROM MY NAME/TITLE
(OF ALI MOSHIR'S) TO OTHER(S)'.

I HAVE

NOT YET BEEN IN RECEIPT OF ANY CONFIRMATION,
RESPONSE, FEED BACK, FOLLOW UP, ETC
INTO THE SAID CONCERNING CORRESPONDENCE
OF MAILED FROM NEOCC TO THE
SUFFOLK COUNTY DISTRICT ATTORNEY OFFICE
!

I HOPE THE INVESTIGATION(S), AS SUCH AND ETC ON THIS/THESE, DISCLOSE
COMPLAINED, ETC CRIMINAL ACTIVITY(S), TRANSPIRATION(S)
AS TO THE AWARENESS(ES) OF THE SUFFOLK COUNTY
DISTRICT ATTORNEY OFFICE AND THE ASSOCIATE(S), TO /AT,
SUCH OFFICE HAS BEEN INTO PROCEDURE AND IN PRACTICE(S)
AS SUCH AND ETC, AS DEEMED, PROFESSIONALLY PREFERRED, ETC
UNTIL ANY FURTHER POINT(S) THAT, I AM/I MIGHT BE,
NEEDED TO BE REACHED BY THE SUFFOLK COUNTY DISTRICT
ATTORNEY OFFICE !

THIS IS THE SECOND TIME/OCCASION/ETC THAT I, APPROACHED/
HAVE APPROACHED, THE SUFFOLK COUNTY DISTRICT ATTORNEY
OFFICE IN REGARDS TO SUCH MATTER !

THE FIRST TIME/OCCASION/ETC WAS IN 2004!
BUT INSTEAD OF LOOKING INTO THE CASE, CRIMINAL MATTER, ETC
THE SUFFOLK COUNTY DISTRICT ATTORNEY OFFICE
HANDED ME OVER TO THE ICE OF HOMELAND INSECURITY
!

RESPECTS,
REGARDS...
BESTS.

TUE-OCT. 17, 2017
MOSHIR, Al.

"GREETINGS"
SUN - OCT. 15.2017
4:00 PM

☆ RESPECTFULLY ☆

DEAR RESPECTED HONOR OF THE JUDGE FOR/ON/TO CASE# 16 MJ 5084

AND → DEAR RESPECTED UNITED STATES MARSHAL SERVICE (USMS

AND/OR, MR. CHARLES SALINA OF UNITED MARSHAL SERVICE (USMS

AT/OF/WITH, THE ADDRESS OF: # 2 NIAGARA SQUARE, BUFFALO, NEW YORK 14-202

!

HEREIN BE ADVISED, TAKE NOTICE(S) OF/ON THE SUBSEQUEN

#① → MY NAME IS → ALI        MOSHIR
                   FIRST      LAST

#② → MY ASSIGNED TO UNITED STATES MARSHAL SERVICE NUMBER IS/HAS BEE
        26897055 —

#③ → I HAVE BEEN IN YOUR CUSTODY OF THE ABOVE SAID
        ENTITIES / ENTITY(S), OF USMS AND/OR CHARLES SALINA
        OF THE USMS —

#④ → AS OF JUNE.30.2016 (2016) —

#⑤ → BY THE RECOMMENDATION(S), ETC OF THE IMMIGRATION AND
        CUSTOMS ENFORCEMENT (ICE) AGENT OF MADAM HALIDAY
        THROUGH; THE NEW YORK WESTERN DISTRICT (NYWD) U.S. COURT
        LOCATION OF; # 2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202
        AND/OR ^THROUGH THE JUDGE FOR/AT THE NYWD U.S. COURT OF THE
        STATED .

#⑥ → MY MOTHER'S NAME IS → ZAHRA      MONIREH      NEZAMZADEH
                              FIRST     MIDDLE       NEZAMZADEH LAST

#⑦ → ZAHRA MONIREH NEZAMZADEH [AS ^AARAS MY CONCERNING(S)] OWNS:
        ① → VACANT LOT PROPERTY, IN NEW YORK CITY, WITH THE
            BOROUGH, BLOCK, AND LOT (BBL) NUMBER ⌐
                              4-10298-55  ⌐


(II) → VACANT LOT PROPERTY, IN THE CITY OF BUFFALO,
WITH THE ADDRESS OF → 265 JEFFERSON AVENUE
BUFFALO, NEW YORK
(I DON'T, KNOW/REMEMBER, THE ZIP CODE)

(III) → TWO (2) PROPERTIES, IN THE TOWN OF SHENANDOAH, —
STATE OF PENNSYLVANIA, WITH THE TWO ADDRESSES
OF → 212 WEST LLOYED STREET, SHENANDOAH, PENNSYLVANIA
AND
214 WEST LLOYED STREET, SHENANDOAH, PENNSYLVANIA
(I DON'T, KNOW/REMEMBER, THE ZIP CODE)
AT LEAST ONE OF WHICH TWO (2) PROPERTIES IS A TOWN HOUSE
THAT IS AT LEAST THE ONE WITH THE ADDRESS OF 212 WEST LLOYED ST.

(IV) → AMERICAN MULTI SERVICES INC. WITH THE MAILING ADDRESS
OF → 123-12 JAMAICA AVENUE, SUITE # 1070
RICHMOND HILL, NEW YORK, 11418

#(8) → I OWE: ZAHRA MONIREH NEZAMZADEH + HER BROTHERS
[(MARK AND HADY) (IN HOUSTON, TEXAS)] + HER OTHER SON
(THAT IS MY YOUNGER BIOLOGICAL BROTHER) + MY FATHER
A LOT OF MONEY !!! AS IT'S BEEN YEARS NOW!
BUT I HAVE NOT BEEN ABLE TO PAY THEM, SPECIALLY
DUE TO MY MEDICAL CONDITIONS (SINCE 2007, 2008)!

#(9) → BUT HERE AND THERE I DO SOME THINGS FOR MY: MOTHER, YONGER BROTHER
FATHER AND THEY DEDUCT FROM WHAT I OWE THEM, ALTHOUGH
NOTHING SIGNIFICANT THAT I'VE BEEN ABLE TO DO TOWARDS SUCH
DEDUCTIONS.

#(10) → THE PROPERTY TAXES ON THE STATED FIVE (5) REAL ESTATE PROPERTIES
OF ZAHRA MONIREH NEZAMZADEH HAVE BEEN PENDING AND/OR
STAYING AS UNPAID (ALTHOUGH I HAVE DISCLOSED AND SHARED THE
MATTER IN 2016 WITH THE JUDGE AT NYWD U.S. COURT IN BUFFALO AS
WELL AS THE MAYOR BROWN REGARDING THE PROPERTY IN BUFFALO)

#(11) → ALSO THE BIENNIEL FEES OF $9.00 (NINE DOLLARS)
ONTO THE AMERICAN MULTI SERVICES INC.
AS OF MAY.01.2017 HAVE BEEN STAYING UNPAID
TO THE STATE DEPARTMENT, DIVISION OF CORPORATIONS,
IN ALBANY!

#(12) → I HAVE BEEN WRITING TO DIFFERENT SOURCES AND/OR ENTITIES
REGARDING THE PAYMENT OF SUCH BILLS OF UNPAID
PROPERTY TAXES, AS WELL AS THE BIENNIEL FEES!
ALSO REGARDING THE SALES OF THE TWO(2) SAID
SHENANDOAH, PENNSYLVANIA PROPERTIES!
(AS I HAVE THE POWER OF ATTORNEY FROM/ON BEHALF OF THE
ZAHRA MONIREH NEZAMZADEH THAT I CAN TRANSFER, AND/OR
TRANSFER ANY PART OF!

#(13) → I HAVE, INCLUSIVELY/INCLUDINGLY, WRITTEN ALSO TO
DOMINICK TRUCK DEALER (426 EUCLID AVENUE, BROOKLYN, NEW YORK 11208'
ON TWO(2) DIFFERENT OCCASIONS.

#(14) → YET, I HAVE NOT HEARD BACK FROM ANY ONE!

#(15) → DOMINICK TRUCK DEALER HAS BEEN IN POSSESSIONS OF
$2500 (TWO THOUSAND FIVE HUNDRED DOLLARS)
FOR/OF/ON BEHALF, OF, THE AMERICAN MULTI SERVICES INC.
SINCE 2014!

#(16) → YOUR INTERVENTION(S), MESSAGE(S), CONVEYING(S), ETC
WITH/TO, THE SAID DOMINICK TRUCK DEALER
ARE BEING SEEKED, REQUESTED, INVOKED, ETC
IN ORDER FOR THE DOMINICK TRUCK DEALER
OUT OF THE $2500) TO MAKE THE STATED CONCERNING PENDING PROPERTY TAXES
OF/ON FIVE(5) PARCELS ON BEHALF OF ZAHRA MONIREH NEZAMZADEH, UPTO END OF 2018
AS WELL AS THE STATED BIENNIEL FEES ON BEHALF OF →

NEXT PAGE

AMERICAN MULTI SERVICES INC.
123-12 JAMAICA AVENUE, SUITE #1070
RICHMOND HILL, NEW YORK, 11418

#(17)→ AND FOR THE DOMINICK TRUCK DEALER TO PROVIDE
THE RECEIPTS OF SUCH PAYMENTS
TO THE THREE(3) CONCERNING ENTITIES OF:
FOUR(4.)

(I)→ JUDGE FOR CASE NUMBER: 16MJ5084
NYWD U.S. COURT
#2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14-202
(14202

(II)→ MR.
CHARLES SALINA
USMS, #2 NIAGARA SQUARE, BUFFALO, NEW YORK, 142...

(III)→ ALI MOSHIR
26897055
NEOCC
2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505

(IV)→ ATTORNEY FONDA KUBIAK, NYWD FPDO, 300 PEARL STREET
SUITE 200
BUFFALO, NEW YORK
14202

#(18)→ ATTORNEY FONDA KUBIAK OF THE NYWD FEDERAL PUBLIC DEFENDER office
IS REQUESTED TO BE PROVIDED WITH THE COPY OF THIS
CORRESPONDENCE.

RESPECTS,
REGARDS...
BESTS.

SUN-OCT. 15, 2017
MOSHIR, Ali.

(left margin, rotated text:)
#19 AND/OR THE CITY AT THEIR END (FRANSIS ? )
AREA ) ? SUIT...
THE SCHUYL KILL COUNTY (FRANSIS ?

AND ADVISED, ETC THAT SUCH PROPERTY, TAX NON PAYMENTS
TO BE CONTACTED
WHICH WILL BE PAID IN UPDATINGS ON BEHALF OF THE
ARE NOT DUE TO (PRISONS), (BOYS), (ABONAMENT, ETC.)
OWNER; ZAHRA MONIREH NEZAMZADEH
UPON THE RELEASE OF CONFINEMENT APPLIED
TO; ALI MOSHIR OF USMS # 26897055
SO HE'LL BE ABLE TO MAKE CONTACTS ON SUCH
AND NOT ON BEHALF UPON THE RELEASE IF PENDING
SAID BEHALF...



FROM;
MOSHIR, ALI
ID#: 26897055
    NEOCC
2240 HUBBARD ROAD
    YOUNGSTOWN, OHIO
        44505

USDO WDNY
NOV -6 2017
BUFFALO

THIS ENVELOPE CONTAINS
   ALI MOSHIR'S
TWO (2) CORRESPONDENCES
DATED: TUE-OCT. 17. 2017, AND,
                    2:55PM
DATED: SUN-OCT. 15. 2017, 4:00 PM

US POSTAGE
$ 00.46
Mailed From 44505
11/06/2017
0841 A 00054 81467

TO; ATTENTION OF THE JUDGE
                            OF THE
                CASE #: 16MJ5084
#2 NIAGARA SQUARE
  BUFFALO, NEW YORK
       14202

RECEIVED
NOV - 2 ENT'D
By