GREETINGS:
SAT-NOV. 04, 2017, 11:10PM
(PAST SHABBAT)

(PAGE 1 OF 1)

✡ RESPECTFULLY ✡

DEAR HONOR OF THE JUDGE FOR, MY/THE, ALI MOSHIR'S
CASE NUMBER OF : 16MJ5084 AT THE NYWD U.S. COURT,
#2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202

!

HEREIN BE SHARED WITH, AS SUCH AND ETC, THAT
MADAM COUNSELOR/ATTORNEY, OF THE NEW YORK WESTERN-
DISTRICT FEDERAL PUBLIC DEFENDER'S OFFICE
(FONDA KUBIAK) HAS BEEN ADVISED, REQUESTED, ETC TO SHARE WITH
YOUR HONOR'S POSITION(S) AND PRESENCE(S) A/THE
COPY OF A/THE/MY/ALI MOSHIR'S-
CORRESPONDENCE DATED : (SHABBAT) SAT-NOV. 04, 2017, 3:09
PM

RESPECTS,
REGARDS...
BESTS.

SAT (PAST SHABBAT)-NOV. 04, 2017
MOSHIR, A.

UNITED STATES DISTRICT COURT
FILED
NOV 16 2017
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

GREETINGS

FRI-NOV.03.2017 (2017)
4:36 PM

✡ RESPECTFULLY ✡

DEAR HONOR OF THE, AUTHORITY(S)/POSITION(S), OF THE JUDGE
FOR THE CASE NUMBER: ⟶ 16MJ5084

AND DEAR CHARLES SALINA OF THE

UNITED STATES MARSHAL SERVICE (USMS), OF/AT.

#2 NIAGARA SQUARE, BUFFALO, NEW YORK
14202

!

I, ALI MOSHIR OF THE ASSIGNED TO USMS #:26897055
AT THE CURRENT MADE TO BE MAILING ADDRESS OF:
NORTHEAST OHIO CORRECTIONAL CENTER (NEOCC)
2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505

AM WRITING HERE TO BE OF THE SHARING(S), ADVISING(S), AS SUCH
AND ETC ON THE SUBSEQUENT:

WITHIN I WOULD SAY [NOT MORE THAN THE PAST TWO(2) MONTHS]
I HAVE PROVIDED THE BLACKSTONE CAREER INSTITUTE
P.O. BOX 3717
ALLENTOWN, PENNSYLVANIA, 18106
WITH MY SOCIAL SECURITY NUMBER (VOLUNTEERLY/NOT ASKED FOR)
BUT/YET, I HAVE NOT HAD ANY, RESPONSE/FEED BACK/ETC,
TO MY CORRESPONDENCE.

I AM AND AS HAVE BEEN CONCERNED ABOUT MY SOCIAL SECURITY
NUMBER, HAVING GOT/BEING/GETTING, JEOPARDIZED.

RESPECTS,
REGARDS...
BESTS.

FRI-NOV.03.2017
MOSHIR, A.



FROM:
MOSHIR, ALI
ID#: 26897055
NEOCC
2240 HUBBARD ROAD
YOUNGSTOWN, OHIO
44505

USDC - WDNY
NOV 16 2017
BUFFALO

CLEVELAND
OH 443
13 NOV '17
PM 9 1

US POSTAGE
$ 00.46
Mailed From 44505
11/13/2017
031A 0005181467

TO:
ATTENTION: HONOR
JUDGE FOR THE
CASE NUMBER
16MJ5084

NYWD U.S.COURT
#2 NIAGARA SQUARE
BUFFALO, NEW YORK, 14202

NOV - 9 ENT'D

THIS ENVELOPE CONTAINS
ALI MOSHIR'S
TWO(2) CORRESPONDENCES DATED: -
FRI-NOV.03.2017, 4:36 PM (2017)
AND
SAT-NOV.04.2017, 11:10 PM (2017) (PAST SHABBAT)

14202-335099