GREETINGS

TUE. JUNE.12.2018, 4:53PM.
(29TH. SIVAN.5778)



✡ RESPECTFULLY ✡

DEAR; UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT! AND
  CIRCUIT JUDGES: BARRINGTON D. PARKER!
  DEBRA ANN LIVINGSTON! DENNY CHIN!
  TO/AT: THURGOOD MARSHALL UNITED STATES COURTHOUSE, 40 FOLEY SQUARE,
  NEW YORK, NEW YORK 10007.

NEW YORK WESTERN DISTRICT CHIEF JUDGE GERACI!
  TO/AT: ROCHESTER, NEW YORK.

NEW YORK WESTERN DISTRICT U.S. MAGISTRATE JUDGE ROEMER!
  TO/AT: U.S. COURTHOUSE, #2 NIAGARA SQUARE, BUFFALO, NEW YORK, 14202

NEW YORK WESTERN DISTRICT U.S. ATTORNEY JAMES KENNEDY!
  TO/AT/IN: CITY OF BUFFALO, NEW YORK.

NEW YORK WESTERN DISTRICT FEDERAL PUBLIC DEFENDER
  MARIANNE MARIANO!
  TO/AT: ROCHESTER, NEW YORK.

U.S. DEPARTMENT OF HOMELAND SECURITY'S HEAD! (I DON'T KNOW THE NAME.)
  TO/AT: WASHINGTON, D.C.

U.S. JUSTICE DEPARTMENT'S HEAD! TO/AT: WASHINGTON, D.C.

U.S. SECRETARY OF THE STATE FOR U.S. STATE DEPARTMENT MIKE POMPALE
  TO/AT: WASHING, D.C.

UNITED STATES CONGRESS (SENATE AND THE HOUSE)!
TO/AT: WASHINGTON, D.C.

UNITED STATES SUPREME COURT! AND/AS, SUCH COURT'S JUSTICES!
TO/AT: WASHINGTON, D.C.

N.Y.S. (NEW YORK STATE) SENATOR CHUCK SCHUMER!
TO/AT: WASHINGTON, D.C.

NEW YORK STATE CONGRESSMAN! TO/AT: WASHINGTON, D.C.

MY FELLOW NEW YORKER, U.S. PRESIDENT: DONALD J TRUMP!
TO/AT: WASHINGTON, D.C. (WHITE HOUSE, ON PENNSYLVANIA AVENUE, WITHIN THE OVAL OFFICE, ETC).

THE, U.S. MARSHAL FOR THE COUNTRY! TO/AT: WASHINGTON, D.C.

THE HEAD OF THE BUREAU OF PRISONS FOR THE COUNTRY!

I, AL MOSHIR (ALI MOSHIR (AS OF YET, AS ON THE DOCUMENTS)) OF THE CASE NUMBER: 17-3736 (17-3736) OF: 2ND CIRCUIT U.S. COURT OF APPEALS AM HEREIN BEING → OF CORRESPONDENCE, MEMORANDUM AND SERVICE ON THE SUBSEQUENT;

#① → IT'S, A/THE, MATTER OF EXTRADITION TO CANADA, AS OF, CASE NUMBER: (16-MJ-5084) WITHIN THE NEW YORK WESTERN DISTRICT U.S. COURT!

#(2) → I HAVE BEEN ARRESTED, JAILED, INCARCERATED, ETC AS I HAVE BEEN SPENDING SO AND IN ! AS OF/BEGINNING WITH - MON - APRIL.04.2016 ! THROUGH/BY = IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE).

#(3) → (BY THE WAY: I'VE BEEN IN THE STATES, IN AND OUT OF THE STATES SINCE : 1975 !! THAT I WAS JUST 3 YEARS OLD !!! THOUGH PERMANENTLY IN THE COUNTRY, RESIDING IN NEW YORK CITY, AND LONG ISLAND/ AS OF 1998.

:(4) → MY RELATIVES AND FAMILY MEMBERS INCLUDE (JUST TO NAME A COUPLE):-
ALI MOSHIRI (PRESIDENT OF CHEVRON PETROLEUM) IN CALIFORNIA, AND
DR. DAMADI [INVENTOR OF THE: MAGNETIC RENAISSANCE IMAGING (KNOWN AS: MRI) THAT IS USED IN THE MEDICAL INDUSTRY, EVER SINCE SEVENTIES.]
WHICH DR. DAMADI'S OFFICE IS IN BOHEMIA, NEW YORK (IN SUFFOLK COUNTY, IN LONG ISLAND, IN NEW YORK CITY SUBURB/- SURROUNDING.
NEVER MIND ANY AND ALL OTHER HIGHLY QUALIFIED PROFESSIONALS OF WHO HAVE BEEN OF POSITIVE CONTRIBUTIONS INTO THE FOUNDATION(S), MAINTENANCE(S), STABILITY(S), PROGRESS(ES), ETC AT THEIR POSITIONS, LEVELS, ETC AS THROUGH DIFFERENT INDUSTRIES, DEPARTMENTS, AGENCIES, ORGANIZATIONS, ETC! WHILE WE HAVE, A/THE, HISTORY OF EIGHTY (80) YEARS OR SO IN THE COUNTRY, WITH CHILDREN, GRAND CHILDREN AND GREAT GRAND CHILDREN AND AS WITH INTERNATIONAL, INTERRACIAL, INTERRELIGIONAL, ETC MARRIAGES AND SO.

:(5) → ALSO/HOWEVER, I HAVE RECENTLY APPLIED FOR THE U-VISA THROUGH THE USCIS VERMONT SERVICE CENTER, SINCE THE U.S. IS NOT THE COUNTRY IT USED TO BE FOREVER. AND/AS/AS OF, OF COURSE, THE SEPTEMBER.11 !

:(6) → FURTHER MORE, AND/OR, AT THE SAME TIME BE ADVISED THAT I AM OF :-
PERSIAN DESCENT.

#(7) → YET : I AM A VERY LAW APPRECIATING (AFTER ALL I'M A JEW.), LAW CONCERNED, LAW CONSCIENCE, LAW UPHOLDING, LAW CONTRIBUTING INTO, ETC.

(8) → → → THERE IS A TIME LIMIT OF 45 (FORTY FIVE) DAYS, WITHIN WHICH THE - GOVERNMENT (U.S. GOVERNMENT) HAS TO ACT, ON/FOR, EXTRADITION ! FROM THE - DATE THAT THE GOVERNMENT TAKES ONE INTO CUSTODY WHILE THERE IS AN EXTRADITION AND/OR EXTRADITION REQUEST INVOLVED, AGAINST THE INDIVIDUAL TAKEN INTO THE GOVERNMENT'S CUSTODY ! IF AND ONCE OR SPECIALLY AND ESPECIALLY, IF AND ONCE, THE /ANY. PART/DEPARTMENT /EXTENSION /ETC OF THE GOVERNMENT, THAT IS THE GOVERNMENT, STILL /AGAIN, AS THROUGH, ITS/THE, ANY PART/DEPARTMENT/ETC (OF THE GOVERNMENT/OF THE GOVERNMENT'S) TAKES - ONE INTO CUSTODY WITH THE : INTENTION(S) /VIEW, OF /TOWARDS EXTRADITION !

→ (NEXT PAGE) →

AND IF NOT INITIALLY TAKEN INTO THE CUSTODY WITH THE VIEW AND/OR, INTENTION(S) OF EXTRADITION, THEN: THERE CAN NOT BE SUCH CLAIM AND APPROACH, INITIATION, ETC OF EXTRADITION MADE (BEYOND/BEYOND THE 45 DAYS)! AS WOULD, SHOULD HAVE NO MERIT(S)! OR AS WOULD HAVE BEEN, AS HAS BEEN THEN: AS ANY TIME BEYOND THE 45 DAYS, OF THE (AT LEAST IN THIS CASE), OF THE STATUTE OF LIMITATION OR /AS, OF THE TREATY FOR THE EXTRADITION! 45 DAYS

WHILE THIS HAS BEEN THE CASE, THROUGH/AS OF: THE U.S. ICE OF THE DEPARTMENT OF HOMELAND SECURITY OF THE GOVERNMENT (U.S. GOVERNMENT) AS THE ENTITY(S)/INDIVIDUAL, OF THE AL MOSHIR (ALI MOSHIR, AS PER THE YET OF THE DOCUMENTS (OF ME/OF MINE), AS THE CASE FOR.

IS/WHILE, WITH, HIS/MY, ASSIGNED TO IMMIGRATION IDENTIFICATION NUMBER (KNOWN AS ALIEN NUMBER) I WAS/I HAVE BEEN/HE (AL MOSHIR) WAS/HE (AL MOSHIR) HAS BEEN, ISSUED, AN/THE ADVISORY, PROMISSARY, NOTARY, NOTIFICATION, NOTE, ETC PROVIDED BY THE U.S. GOVERNMENT'S HOMELAND SECURITY'S ICE OF UPCOMING/OF UPCOMING OF: CUSTODY RELEASE REVIEW/, ON/AS ON, OR ABOUT JULY.05. (OR SO) OF 2016! YET AND YET FURTHER MORE! WHICH SHOWS, MEANS, PROVES THAT, AND/OR, AS SPEAKS FOR ITSELF:—

I/AL MOSHIR, OF THE DISCUSSED MATTER/SUBJECT OF THE CASES, WAS NOT/HAVE NOT BEEN/HAS NOT BEEN, TAKEN INTO GOVERNMENT'S CUSTODY ON: MON-APRIL.04.2016 WITH THE VIEW OF EXTRADITION (ALTHOUGH THROUGH THE, ICE/DEPARTMENT OF HOMELAND SECURITY "OF THE GOVERNMENT" YET, INTO/AS INTO, THE CUSTODY OF THE GOVERNMENT! AND SUCH VIEW OF EXTRADITION HAS ONLY COME TO MATERIALIZING, FACT, ETC AFTER THE PROVIDING/ ISSUING, OF THE NOTICE OF CUSTODY RELEASE REVIEW BY THE ICE OF THE HOMELAND SECURITY OF THE GOVERNMENT! WHILE/AS, IT HAS A LONG AFTER AND INTO, ME/AL MOSHIR, HAVING BEEN, IN THE GOVERNMENT'S CUSTODY, AS LONG PASSED BEEN...
5 DAYS!

AND IT IS, AND/OR, IT WOULD HAVE BEEN JUSTIFICATION!!!

(OR) ONLY JUSTIFICATION!!! TO CLAIM, AND/OR, TO HAVE CLAIMED BY ANY ENTITY(s) OF ANY NATURE(s), SOURCE(s), BACKGROUND(s), ETC THAT, I/AL MOSHIR, WAS TAKEN, AND/OR, KEPT IN THE GOVERNMENT'S CUSTODY, AS OF/ON, MON-APRIL.04.2016 THROUGH THE ICE OF THE HOMELAND SECURITY OF THE GOVERNMENT IN RELATION(s) TO/WITH, MY/THE, MATTER OF IMMIGRATION! WHILE/AS, BOTH GOVERNMENTS OF CANADA AND U.S. (INCLUDING/OF COURSE INCLUDING THE ICE/ THE HOMELAND SECURITY, AND/AND AS, THE AGENTS OF!) HAVE BEEN/WERE AWARE OF, ME/AL MOSHIR, BEING/HAVING BEEN IN THE CUSTODY OF THE U.S. GOVERNMENT (FROM THE BEGINNING) AND/OR, AS OF THE MON-APRIL.04.2016 OF, MY/AL MOSHIR'S HAVING BEEN TAKEN AND HAVING BEEN IN, AND/OR INTO THE CUSTODY OF THE U.S. GOVERNMENT AS OF THE SELF OF THE SUCH SAID DATE OF: MON-APRIL.04.2016! WHILE/THEN/AS/YET/ALSO, BOTH GOVERNMENTS OF U.S. AND CANADA (AGAIN: INCLUDING THE ICE OF/AND/OR, HOMELAND SECURITY DEPARTMENT OF THE U.S. GOVERNMENT) HAVE BEEN AWARE OF THE ARREST WARRANT, AND/OR/AS, THE/ANY, EXTRADITION INVOLVEMENT, THAT/AND, ALSO OF COURSE, AS OF THE DISCUSSED: MON-APRIL.04.2016!

THEN/THOUGH/YET: AFTER ALL → EXTRADITION!? WOULD HAVE ONLY SERVED THE PURPOSE AND/OR THE SENSE PURPOSE OF DEPORTATION!!!??? RATHER DOING (OR) WANTING TO (OR) CLAIMING THAT ONE, WOULD HAVE BEEN/HAS BEEN, TAKEN INTO CUSTODY TO BE DEPORTED AND THEN BE EXTRADITED!? HOW, COULD/WOULD, ANY/THE, EXTRADITION FROM THE U.S. BY THE U.S. GOVERNMENT TO CANADA TAKE PLACE/THEN TAKE PLACE, ONCE ONE WOULD HAVE BEEN/HAD BEEN DEPORTED TO SOME OTHER COUNTRY, OUT OF/AS OUT OF U.S.!?

・(NEXT PAGE) →

SO / THEREFORE : EXTRADITION WOULD HAVE BEEN / SHOULD HAVE BEEN / WOULD BE / SHOULD BE   PAGE (6 of 8)
PRIORITIZED! RATHER THAN ANY/THE ATTEMPT(S) (OR) SUCH CLAIMS
OF THE ATTEMPT(S) OF DEPORTATION! IF THE U.S. GOVERNMENT
MEANT/WAS GOING, TO EXTRADITE, FROM THE BEGINNING OF TAKING INTO CUSTODY
THROUGH/BY, THE ICE OF HOMELAND SECURITY!? AND/OR, BY THE TIME
SUCH VIEW (OF EXTRADITION) WOULD COME TO PICTURE, AND/OR/WHILE/AS, NOT HAVING
DEPORTED (THE ENTITY OF UNDER ARREST WARRENT BY SOME OTHER COUNTRY THAN
THE U.S. TO HIS/HER NATIVE COUNTRY (OR) COUNTRY OF BIRTH, ETC. AS SOMEONE, TO BE/.
THAT HAS TO BE EXTRADITED TO ANY OTHER COUNTRY THAN, HIS/HER, COUNTRY OF BIRTH
ACCORDING TO THE ARREST WARRENT OF THE ARREST WARRANTING COUNTRY, THEN IT
WOULD BE LATE AND AS BEYOND (AS IN THIS CASE, 45 DAYS) TO APPROACH, INITIATE,
ETC., THE/ANY, EXTRADITION! WHILE THE INDIVIDUAL HAS BEEN IN THE
CUSTODY OF THE U.S. GOVERNMENT FOR LONG ENOUGH AND AS, PAST/
BEYOND THE TIME FRAME OF THE NECESSARY, ETC. AS THE STATUTE OF
LIMITATION, AS OF / AS THROUGH, THE / ANY, RELATED TREATY, AS IN THIS
CASE, OF THE DISCUSSED OF THE AL MOSHIR!

#⑨ → ON : JUNE.30.2016! IN/AT, THE U.S. COURT (NEW YORK WESTERN DISTRICT U.S. COURT)
IN BUFFALO (CITY OF BUFFALO), NEW YORK (STATE OF NEW YORK)
I/AL MOSHIR, BROUGHT TO THE ATTENTION(S) OF THE
U.S. MAGISTRATE JUDGE, THAT, I/AL MOSHIR, HAVE BEEN/HAS BEEN,
AS IN/IN, THE CUSTODY OF THE GOVERNMENT, THROUGH/AS THROUGH,
THE ICE OF HOMELAND SECURITY SINCE MON-APRIL.04.2016!
THEN THE MAGISTRATE JUDGE ROEMER, OF/AT, THE U.S. COURT HOUSE
OF THE SAID (BUFFALO, NEW YORK), ASKED ME SPECIFICALLY :-
SINCE WHEN? AND, I, REPEATED/AL MOSHIR REPEATED; MORE THAN
ONCE (I BELIEVE); SINCE : APRIL.04.2016 (APRIL.04.2016)!
BUT IT WAS NEVER FOLLOWED UP WITH, AND/OR, LOOKED INTO!
AND AS I HAVE REPEATEDLY ADDRESSED THIS CONCERNING
MATTER/ISSUE/ETC   WITH/TO   THE NEW YORK WESTERN DISTRICT
FEDERAL PUBLIC DEFENDER'S OFFICE, AND/AS/THROUGH, THE
ASSISTANT FEDERAL PUBLIC DEFENDER (ATTORNEY JAY OVSIOVITCH).

#10 → ANY (TIME, ACTION(S), COMMITMENT(S), ETC AS, BY/OUT OF, THE AL MOSHIR OF THE SUBJECT OF THE DISCUSSED EXTRADITION MATTER AS IN CANADA, ACCORDING TO/BASED ON, WHICH THE EXTRADITION REQUEST (REQUEST) WAS APPLIED/FORWARDED/ETC AS OUT OF THE CANADIAN GOVERNMENT, HAS/HAVE, BEEN THE RESULT(S), RESPONSE(S), ETC OF/TO THE INVOLVING CANADIAN CITIZEN'S EMBEZZLEMENT, FALSE PRETENSE(S), ETC, ETC, ETC, AFTER/BEYOND/WHILE/ETC, THE RESORTS/MY (AL MOSHIR'S) RESORTS, WERE REPEATEDLY EXHAUSTED, AS OF ENDLESS PATIENCE(S), COURTESY(S), HUMANITARIAN VALUES, TOLERENCE(S), COMMUNICATION(S), COMPASSIONS, ETC, ETC, ETC AS SUCH AND ETC AND SO ON AND ON AND ON WERE ONLY ABUSED! REPEATEDLY AND ONGOINGLY! NEVER MIND NOT HAVING BEEN APPRECIATED!!! AS I WAS FINALLY BULLIED! YET FURTHER! THEREFORE DRIVEN-INTO CONSIDERATION!!! AS I WAS FINALLY BULLIED! YET FURTHER! THEREFORE DRIVEN INTO CONSIDERATION!!! AS JUSTICE HAD TO BE SERVED AND COURSES CHANGED, AS IN THE BEST INTERESTS OF ALL PARTIES INSANE, WITH WHICH THE NEW YORK WESTERN DISTRICT FEDERAL PUBLIC DEFENDER'S OFFICE IS COMPLETELY FAMILIAR WITH! FURTHERMORE

#11 → ALL PARTIES OF INVOKED THROUGH THIS CORRESPONDENCE OF THE EIGHT(8) PAGES, AS/WHILE, THIS CORRESPONDENCE OF THE EIGHT(8) PAGES, IS/HAS BEEN/HAS BEEN INTENDED, TO, BE BROUGHT TO THE ATTENTION(S), ETC OF, HAVE BEEN/WOULD HAVE BEEN, MAILED A COPY OF THESE EIGHT(8) PAGES.

PAGE 8 OF 8

#(12) → ASSISTANT FEDERAL PUBLIC DEFENDER: ATTORNEY JAY OVSIOVITCH OF THE NEW YORK WESTERN DISTRICT FEDERAL PUBLIC DEFENDER'S OFFICE

THROUGH, AN/THE, AUDIO CORRESPONDENCE OF VOICE MESSAGE OF MINE OF AL MOSHIR'S ON/AS OF, TOMORROW (WED - JUNE - 13 - 2018)

SHALL/WILL HAVE BEEN, REQUESTED, ADVISED, ADVICED, ETC TO PROVIDE ALL PARTIES TO WHOSE ATTENTIONS THESE EIGHT PAGES OF THE CORRESPONDENCE HAVE BEEN ADDRESSED, PREPARED, ETC WITH ONE COPY OF THIS CORRESPONDENCE [TUE - JUNE - 12 - 2018, 4:53 PM. OF EIGHT (8) PAGES, AS TO EACH ONE OF! (29TH - SIVAN - 5778)

[THERE ARE THREE (3) PARTIES TO; THE: U.S. COURT OF APPEALS FOR THE SECOND (2ND) CIRCUIT, AS THE THREE (3) CIRCUIT JUDGES.

#(13) → THIS CORRESPONDENCE/THESE EIGHT (8) PAGES SHALL BE/ARE SCHEDULED TO BE ANNOUNCED/READ OUT, THROUGH, AN/THE, AUDIO CORRESPONDENCE OF VOICE MESSAGE, WITH:- WESTERN DISTRICT NEW YORK FEDERAL PUBLIC DEFENDER'S OFFICE, AS OF/ASON/ON:- TOMORROW (WED - JUNE - 13 - 2018) (WED - JUNE - 13 - 2018)

RESPECTS, REGARDS, BESTS.

THE - JUNE - 12 - 2018
MOSHIR, AL



Moshir, Al (Al Moshir)
26597055
CADC
PO Box 6300
Florence, AZ 85132

LEGAL MAIL 6/13/18

THIS ENVELOPE CONTAINS AL MOSHIR'S CORRESPONDENCE DATED: TUE. JUNE.12.2018, 4:53 PM (29TH.SIVAN.5778)

To: ATTENTION: NYWD CHIEF JUDGE GERACI
100 STATE STREET
ROCHESTER, NEW YORK
14614

02 1M
0004267348
MAILED FROM ZIP CODE 85132
$ 00.47⁰
JUN 19 2018
PITNEY BOWES
UNITED STATES POSTAGE